IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-2991-JLK-GJR**

**HOME DESIGN SERVICES, INC.,**

    Plaintiff,

v.

**CHARLES M. EDDY,**

    Defendant.

## ORDER

Kane, J.

Upon consideration of the Stipulation for Dismissal Without Prejudice of Claims for Statutory Damages and Attorney's Fees (doc. #7), filed January 18, 2011, it is

ORDERED that Plaintiff's Claims for Statutory Damages and Attorney's Fees are DISMISSED WITHOUT PREJUDICE.  All other claims remain pending.

Dated this 27th day of January, 2011.

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior Judge
United States District Court