IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Civil Action No. 10-cv-02991-JLK-GJR

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

CHARLES M. EDDY,

    Defendant.

---

**ORDER RE: PLAINTIFF'S UNOPPOSED MOTION TO
AMEND/CORRECT/MODIFY COMPLAINT (Doc. 15)**

---

This matter comes before the Court on Plaintiff's Unopposed Motion to Amend/Correct/Modify Complaint. (Doc. 15). Having reviewed the Motion and based on the following:

That the Complaint was filed on December 10, 2010 and Defendant's Answer was filed on January 10, 2011;

That the Unopposed Motion to Amend Complaint was filed on February 4, 2011;

That a scheduling order has not yet entered;

And that Rule 15(a)(2) mandates that the Court should freely give leave to amend when justice so requires:

IT IS HEREBY ORDERED that the Motion to Amend/Correct/Modify Complaint is **GRANTED**.

IT IS FURTHERED ORDERED that the Clerk of the Court is directed to accept

for filing the Amended Complaint-Injunctive Relief Sought attached to the Motion to Amend.

IT IS FURTHER ORDERED that Defendant shall have 30 days after service within which to answer or otherwise respond to the Amended Complaint.

Done and signed this 7th day of February, 2011.

BY THE COURT:

s/ Gudrun J. Rice

_____

Gudrun J. Rice
United States Magistrate Judge